GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHELE C. MARCHAND
Assistant United States Attorney
California Bar No. 93390
Asset Forfeiture Section
U.S. Courthouse, 14th Floor
312 North Spring Street
Los Angeles, California 90012
Telephone: (213)894-2727
Facsimile: (213)894-7177
E-Mail: Michele.Marchand@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

"O"

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$372,571.64 in Bank Funds,<br><br>Defendant.<br>___<br>PHAT TAN DAO, TONY VAN, and KC PRODUCE CORPORATION,<br><br>Claimants. | NO. CV 09-01826-AG(PLAx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

Plaintiff United States of America ("plaintiff") initiated this action by filing a Verified Complaint for Forfeiture ("Complaint") on March 17, 2009. Notice was given and published in accordance with law. Phat Tan Dao, Tony Van, and KC Produce Corporation ("claimants"), filed timely claims and an answer.

No other claims or answers have been filed, and the time for filing claims and answers has expired.

Plaintiff and claimants have reached an agreement that is dispositive of this action. Plaintiff and claimants hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $372,571.64 in bank funds other than claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $186,285.82 of the defendant $372,571.64 in bank funds and all interest earned thereon. No other person or entity shall have any right, title or interest in the forfeited bank funds. The United States Treasury is ordered to dispose of the forfeited bank funds in accordance with law.

4. The United States shall return to claimants the remaining $186,285.82 of the defendant bank funds and all interest earned thereon less any debt owed to the United States, any agency of the United States, or any other debt which the United States is authorized to collect pursuant to 18 U.S.C. § 3716. The defendant bank funds shall be returned to claimants Phat Tan Dao, Tony Van and KC Produce Corporation, in care of their attorney, Scott W. Wellman. Said funds shall be forwarded by check made payable to "Phat Tan Dao, Tony Van and KC Produce Corporation," and shall be mailed to Scott W. Wellman, Wellman &

Warren, LLP, 24411 Ridge Route, Suite 200, Laguna Hills, California 92653.

5. Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the Department of the Treasury, Internal Revenue Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

/ / /

/ / /

/ / /

6. The Court finds that there was reasonable cause for the seizure of the defendant bank funds and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: January 14, 2010

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

**Approved as to form and content**:

DATED: December ____, 2009

GEORGE S CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

______________________________
MICHELE C. MARCHAND
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: December ____, 2009

WELLMAN & WARREN LLP

______________________________
SCOTT W. WELLMAN
MATT KREPPER

Attorneys for Claimants Phat Tan Dao, Tony Van and KC Produce Corporation